# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Ladonna Hill,

    Plaintiff

v.

Wal-Mart Stores, Inc., a foreign corporation dba Wal-Mart, et al.,

    Defendants

2:17-cv-01365-JAD-PAL

**Remand Order**

**[ECF No. 7]**

Plaintiff Ladonna Hill filed this lawsuit against Wal-Mart in state court for injuries she claims she sustained when she slipped and fell at a Wal-Mart store. The first time that Wal-Mart removed this case to federal court, Judge Andrew Gordon remanded it because Wal-Mart failed to demonstrate that the value of this case satisfies the jurisdictional threshold.[1] When Hill moved to exclude this case from the state-court arbitration program for cases with a value below $50,000, Wal-Mart again removed it. Plaintiff moves to remand.[2] For the reasons I stated on the record at today's hearing on that motion to remand,

IT IS HEREBY ORDERED that the Motion to Remand **[ECF No. 7] is GRANTED; this case is remanded back to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-16-747573-C, Dept. No. 32.** The Clerk of Court is directed to CLOSE THIS CASE.

Dated July 10, 2017

                                                   _____
                                                   Jennifer A. Dorsey
                                                   United States District Judge

---

[1] *Hill v. Wal-Mart*, 2:17-cv-0353-APG-PAL.

[2] ECF No. 7.